Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

DOCKET NO. (Transferring Court)
0864-0:00CR00332-1(PAM)(~~PAM~~) ESS

DOCKET NO. (Receiving Court)
CR 04-01628 AHM

| NAME AND ADDRESS OF * | DISTRICT | DIVISION | |
|---|---|---|---|
| Percy Corvess Johnson [redacted] | MINNESOTA | | |
| | NAME OF SENTENCING JUDGE | | |
| | Honorable Paul A. Magnuson | | |
| | DATES OF SUPERVISION | FROM 07/03/2003 | TO 07/02/2007 |

OFFENSE
Possession with Intent to Distribute 1,226 Grams of Cocaine

FILED
CLERK, U.S. DISTRICT COURT
NOV 24 2004
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the named above be transferred with the records of this Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of may be changed by the District Court to which this transfer is made without further inquiry of this Court.

October 4, 2004
Date

Paul A. Magnuson, United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction of the above be accepted and assumed by this Court from and after the entry of this order.

11/24/04
Effective Date

United States District Judge

SCANNED
DEC 06 2004
U.S. DISTRICT COURT ST. PAUL

FILED DEC 06 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(19)